USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Syed Murtaza,

                    Plaintiff,

        –v–

Stephen P. Steinmetz, *et al.*,

                    Defendants.

---

20-cv-4312 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On July 31, 2020, Defendants filed a letter motion notifying the Court of their wish to withdraw the Petition of Removal. Dkt. No. 9. In light of the parties' agreement that this matter should be heard in state court, the Clerk of Court is hereby directed to REMAND this case to the New York Supreme Court, Kings County and close the case.

SO ORDERED.

Dated: August 3, 2020
       New York, New York

_____
        ALISON J. NATHAN
        United States District Judge

1